COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. ESTATE of Louis STERNBERGER, The Chase National Bank of The City of New York, Executor, Respondent.

No. 34, Docket 22701.

United States Court of Appeals Second Circuit.

Argued Oct. 15, 1953.

Decided Nov. 6, 1953.

Melva M. Graney, Washington, D. C., H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Robert N. Anderson, Carlton Fox, Sp. Assts. to Atty. Gen., Washington, D. C., for petitioner.

Edward S. Greenbaum, New York City, Greenbaum, Wolff & Ernst, New York City, William F. Wolff, Jr., Maurice C. Greenbaum, Charles E. Heming, New York City, of counsel, for respondent.

Before L. HAND, SWAN and A. N. HAND, Circuit Judges.

PER CURIAM.

The judgment of the Tax Court is affirmed on the authority of Meierhof v. Higgins, 2 Cir., 129 F.2d 1002.